UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

Yomarie Garcia,

                       Plaintiff,                       **ORDER**

       -against-                              20 Civ. 7836 (AEK)

Commissioner of Social Security,

                       Defendant.
---------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       On September 24, 2020, the Court filed its Standing Order, In Re: Motions for Judgment on the Pleadings in Social Security Cases, pursuant to which defendant is to file and serve its response to plaintiff's motion for judgment on the pleadings within 60 days after plaintiff's submission. ECF No. 5. To date, the Commissioner has not filed a response to plaintiff's motion for judgment on the pleadings, which was filed over 60 days ago on May 28, 2021. *See* ECF Nos. 17-18. Defendant is hereby directed to submit a letter to the Court on or before Thursday, August 12, 2021 to explain the delay and, if appropriate, to seek a *nunc pro tunc* extension of the filing deadline. If Defendant does seek an extension, the application must include a statement of Plaintiff's position regarding that request.

Dated:  August 9, 2021
           White Plains, New York

                                                             **SO ORDERED.**

                                                 ANDREW E. KRAUSE
                                                 United States Magistrate Judge